# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| WILLIAM A. GIORDANI | ) | 1:23-MJ-8123-PGL |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 11 to April 13, 2023__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 875(b) and 2 | Extortionate Threats (aiding and abetting) |
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit of FBI TFO Thomas Karns

☑ Continued on the attached sheet.

*Thomas Karns /by Paul G. Levenson*
Complainant's signature

Thomas Karns, HUPD, FBI TFO
Printed name and title

Sworn to and subscribed to me telephonically

Date: 05/02/2023

Judge's signature

City and state: Boston Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
Printed name and title