**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |

**City**    Cambridge                    **Related Case Information:**

**County**    Middlesex

Superseding Ind./ Inf. _____    Case No. 1:23-MJ-8123-PGL
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-8113-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    William A. Giordani                    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)

Birth date (Yr only): 1968  SSN (last4#): 6454  Sex M    Race: CAUC    Nationality: USA

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    John T. McNeil                    Bar Number if applicable    550473

**Interpreter:**    ☐ Yes  ☑ No    List language and/or dialect:

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date**    05/02/2023

☑ Already in Federal Custody as of    05/02/2023    in    PC Arrest    .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/02/2023        Signature of AUSA:                    Digitally signed by JOHN MCNEIL
Date: 2023.05.02 09:51:49 -04'00'

**District Court Case Number**   (To be filled in by deputy clerk): _____ 1:23-MJ-8123-PGL _____

**Name of Defendant** _____ William A. Giordani _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §§875(b) and 2 | Extortionate Threats (aiding and abetting) | Complaint |
| Set 2  18 U.S.C. §371 | Conspiracy | Complaint |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____