UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM A. GIORDANI,<br><br>Defendant. | Criminal No. 23cr10157<br><br>Violations:<br><br>Count One: Aiding and Abetting False Information and Hoaxes<br>(18 U.S.C. §§ 1038(a)(1)(A) and 2)<br><br>Count Two: Misprison of a Felony<br>(18 U.S.C. § 4) |

## INDICTMENT

### COUNT ONE

Aiding and Abetting False Information and Hoaxes
(18 U.S.C. §§ 1038(a)(1)(A) and 2)

The Grand Jury charges:

On or about April 12-13, 2023, in the District of Massachusetts and elsewhere, the defendant,

WILLIAM A. GIORDANI,

did participate in, and aid and abet, the intentional conveyance of false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place, that would constitute a violation of Title 18, United States Code, Chapter 40, in that the defendant did participate in and aid and abet the issuance of a series of messages to "University A's" police department threatening to explode one or more bombs on the campus of "University A," and did place a device on the campus of "University A," which would appear to be an explosive device.

All in violation of Title 18, United States Code, Sections 1038(a)(1)(A) and 2.

1

## COUNT TWO
## Misprison of a Felony
## (18 U.S.C. § 4)

The Grand Jury further charges:

From on or about April 13, 2023, through on or about May 2, 2023, in the District of Massachusetts and elsewhere, the defendant,

## WILLIAM A. GIORDANI,

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, an extortionate interstate threat to injure a person in violation of 18 U.S.C. § 875(b), and the intentional conveyance of false information regarding the planned detonation of a bomb in violation of 18 U.S.C. § 1038(a)(1)(A), did not as soon as possible make known either such felony to a judge and other person in civil and military authority under the United States, and did conceal one and more felonies by: (a) negotiating to obtain funds from another perpetrator in order to conceal that perpetrator's identity from law enforcement; (b) deleting evidence from his mobile telephone; (c) directing another individual not to reveal her knowledge of his participation in the crimes; (d) concealing his whereabouts to avoid law enforcement detection and questioning; (e) concealing the location of his mobile telephone which had evidence of the crimes on it; and (f) deceiving law enforcement officers about meeting with them at particular times and locations, thus inhibiting the progress of the investigation.

All in violation of Title 18, United States Code, Section 4.

A TRUE BILL.

_____
FOREPERSON

_____
John T. McNeil
Assistant United States Attorney
District of Massachusetts

District of Massachusetts: June 13, 2023
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK