UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM GIORDANI, )<br>)<br>Defendant. ) | Docket No. 23-cr-10157-AK |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)**

The United States of America and the defendant, through his counsel, hereby submit this joint memorandum addressing Local Rule 116.5(a).[1]

**As matters are proceeding to the satisfaction of all parties, the government and the defendant request that the status conference scheduled for August 16, 2023, be cancelled and an interim status conference date established in approximately 45 days. The parties propose the Interim Status Conference be held on October 3, 2023.**

**I.     Local Rule 116.5(a)(1)**

On July 13 , 2023, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, as well as discovery beyond that required by these rules. There are presently no pending discovery requests.

**II.    Local Rule 116.5(a)(2)**

The government will provide discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any supplemental discovery if any additional materials are obtained.

---

[1] Pursuant to Fed. R. Crim. P. 16.1, the parties have conferred regarding the discovery timetable.

**III.     Local Rule 116.5(a)(3)**

The defendant needs additional time to review the government's automatic discovery before determining whether it will be necessary to file a request for additional materials.

**IV.     Local Rule 116.5(a)(4)**

The parties have not requested a protective order for discovery in this case.

**V.      Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b). The parties ask that a motion date under Fed. R. Crim. P. 12(c), if necessary, be set at the next status conference.

**VI.     Local Rule 116.5(a)(6)**

The parties propose that expert disclosures for the government, if any, be due 30 days before trial and that the defendant's expert disclosures, if any, be due 21 days before trial.

**VII.    Local Rule 116.5(a)(7)**

The government and the defendant agree that the period from the defendant's arraignment upon the indictment on June 15, 2023, through August 16, 2023, the date set for the initial status conference, was properly excluded by this Court's order on excludable delay. [D.35]. The government and the defendant further agree that the time period between August 16, 2023, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete review of discovery and discuss a potential resolution of this matter. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**VIII.   Local Rule 116.5(a)(8)**

The government and the defendant request that an interim status conference date be established approximately 45 days in the future, and propose a time convenient for the Court on October 3, 2023.

Respectfully submitted,

| | |
|---|---|
| WILLIAM GIORDANI, | JOSHUA S. LEVY<br>ACTING UNITED STATES ATTORNEY, |
| By:   /s/ *Jane Peachy* (by JTM)<br>Jane Peachy<br>Senior Litigator<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210 | By: /s/ *John T. McNeil*<br>John T. McNeil<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |

Date: August 14, 2023

---

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ John T. McNeil
John T. McNeil
Assistant U.S. Attorney

Date: August 14, 2023