UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  23-CR-10157-AK |
| | ) | |
| | ) | |
| WILLIAM GIORDANI | ) | |

## **MOTION FOR RULE 11 HEARING**

The defendant, William Giordani, hereby moves this Honorable Court to schedule a Rule 11 hearing in this matter on January 10, 2024. As grounds therefor, the parties have negotiated a slightly different plea agreement than the one previously tendered to the Court. Mr. Giordani has informed counsel that he wishes to accept this new plea agreement and change his plea to guilty pursuant to the agreement at the earliest practicable date.

Respectfully submitted,
WILLIAM GIORDANI,
By His Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, B.B.O.#661394
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on January 4, 2024.

*/s/ Jane F. Peachy*
Jane F. Peachy

1